UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELICIA T. WILLIAMSON, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:11-cv-1161-AT |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 8th day of March, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Harry F. Martin
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 8, 2013
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
       Deputy Clerk